# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131476

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHRISTOPHER CLAY HENRY,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 131476
COA: 258573
Oakland CC: 2003-188141-FC

On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

t0918